CCA # 13-13-00372-CR          OFFENSE: Sexual Assault    547-15
                                                          548-15
STYLE: DAVID ALLEN RUSSELL v. THE STATE OF                549-15
TEXAS                         COUNTY: Collin              550-15

TRIAL COURT: 199th District Court         _____ MOTION
TRIAL COURT #: 199-81323-2012             FOR REHEARING IS: _____
TRIAL COURT JUDGE: Hon. Angela Michelle    DATE: April 9, 2015
Tucker
DISPOSITION: Affirmed                      JUDGE: Chief Justice Valdez
DATE: _____
JUSTICE: _____ PC ___ S ___
PUBLISH: _____          DNP: _____

CLK RECORD: ___X_____          SUPP CLK RECORD _X_____
RPT RECORD: ___X_____           SUPP RPT RECORD _____
STATE BR: ___X_____           SUPP BR _____
APP BR: ___X_____            PRO SE BR _____

547-15
548-15
IN THE COURT OF CRIMINAL APPEALS    549-15
                                    550-15
CCA # _____

----------------------

APPELLANT'S Petition          Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
refused                                JUDGE: _____
DATE: July 29, 2015                    SIGNED: _____    PC: _____
JUDGE: PC                              PUBLISH: _____   DNP: _____

----------------------

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____       _____ ON _____

JUDGE: _____      JUDGE: _____